American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | |
|---|---|---|---|
| **Mr Charles Smith (589939)** | **Pay Frequency:** US Bi-Weekly | **Status/Allowance/Percent.** | **Available** |
| 1529 Sierra Estate Trail | **Employee Type:** Regular | FED Single 0 | **Vacation** 26.00 |
| Fort Worth TX 76119 | **Payment Date:** 04/02/2026 | | **Sick** 166.90 |
| | **Hours Worked:** 40.00 | | |
| **Location:** DFW International Airport | **Pay Period:** 03/16/2026 - 03/29/2026 | | |
| **Company FEIN:** 13-1502798 | **Basis of Pay:** Hourly | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,044.51 | 436.25 | 257.98 | 194.73 | 1,155.55 |
| **Year to Date** | 15,020.66 | 3,619.51 | 2,535.46 | 1,382.07 | 9,866.82 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 37.50 | 1,511.63 | 8,424.16 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 207.35 |
| Training Pay | | 40.31 | 2.50 | 100.78 | 100.78 |
| Vacation Pay | | 40.31 | 10.00 | 403.10 | 604.65 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 794.50 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 4,416.55 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.51** | **15,020.66** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 668.37 |
| Dental Coverage | 4.07 | 32.35 |
| Vision Coverage | 3.25 | 25.77 |
| Employee AD&D | 3.54 | 28.32 |
| Child AD&D | 0.07 | 0.56 |
| Health Care FSA | 13.85 | 96.95 |
| 401k | 327.12 | 2,767.19 |
| **Total Pre-Tax Deductions** | **436.25** | **3,619.51** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.62 | 1,267.14 |
| EE Social Security Tax | 120.24 | 1,027.92 |
| EE Medicare Tax | 28.12 | 240.40 |
| **Total Taxes** | **257.98** | **2,535.46** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Child Life | 0.93 | 7.44 |
| Hospital Indemnity Plan | 5.49 | 46.92 |
| Group Accident Ins | 1.26 | 10.31 |
| Group Legal Plan | 7.34 | 51.38 |
| 401k Loan #1 | 63.69 | 445.83 |
| 401k Loan #2 | 78.81 | 551.67 |
| Union Dues - TWU | 37.21 | 259.39 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **194.73** | **1,382.07** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.23 | 13,812.14 |
| EE Social Security Tax | 1,939.35 | 16,579.33 |
| EE Medicare Tax | 1,939.35 | 16,579.33 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 696.15 |
| 401k Company Contrib. | 102.23 | 870.22 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 27.79 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 04/02/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 04/02/2026 | 1,151.57 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 04/17/2026 |
| **Hours Worked:** | 20.00 |
| **Pay Period:** | 03/30/2026 - 04/12/2026 |
| **Basis of Pay:** | Hourly |

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 26.00 |
| Sick | 136.90 |

**Location:** DFW International Airport

**Company FEIN:** 13-1502798

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,044.50 | 436.25 | 257.98 | 194.73 | 1,155.54 |
| **Year to Date** | 17,065.16 | 4,055.76 | 2,793.44 | 1,576.80 | 11,022.36 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 20.00 | 806.20 | 9,230.36 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 236.35 |
| Vacation Pay | | 40.31 | 5.00 | 201.55 | 806.20 |
| Sick Pay | | 40.31 | 25.00 | 1,007.75 | 5,424.30 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 794.50 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **17,065.16** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 752.72 |
| Dental Coverage | 4.07 | 36.42 |
| Vision Coverage | 3.25 | 29.02 |
| Employee AD&D | 3.54 | 31.86 |
| Child AD&D | 0.07 | 0.63 |
| Health Care FSA | 13.85 | 110.80 |
| 401k | 327.12 | 3,094.31 |
| **Total Pre-Tax Deductions** | **436.25** | **4,055.76** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.62 | 1,376.76 |
| EE Social Security Tax | 120.24 | 1,148.16 |
| EE Medicare Tax | 28.12 | 268.52 |
| **Total Taxes** | **257.98** | **2,793.44** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Child Life | 0.93 | 8.37 |
| Hospital Indemnity Plan | 5.49 | 52.41 |
| Group Accident Ins | 1.26 | 11.57 |
| Group Legal Plan | 7.34 | 58.72 |
| 401k Loan #1 | 63.69 | 509.52 |
| 401k Loan #2 | 78.81 | 630.48 |
| Union Dues - TWU | 37.21 | 296.60 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **194.73** | **1,576.80** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.22 | 15,424.36 |
| EE Social Security Tax | 1,939.34 | 18,518.67 |
| EE Medicare Tax | 1,939.34 | 18,518.67 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 777.93 |
| 401k Company Contrib. | 102.23 | 972.45 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 31.76 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 04/17/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 04/17/2026 | 1,151.56 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

Mr Charles Smith (589939)
1529 Sierra Estate Trail
Fort Worth TX 76119

Location: DFW International Airport
Company FEIN: 13-1502798

| | |
|---|---|
| Pay Frequency: | US Bi-Weekly |
| Employee Type: | Regular |
| Payment Date: | 05/01/2026 |
| Hours Worked: | 15.00 |
| Pay Period: | 04/13/2026 - 04/26/2026 |
| Basis of Pay: | Hourly |

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 21.00 |
| Sick | 131.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.20 | 257.99 | 194.38 | 1,155.93 |
| Year to Date | 19,109.66 | 4,491.96 | 3,051.43 | 1,771.18 | 12,178.29 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 15.00 | 604.65 | 9,835.01 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 265.35 |
| Vacation Pay | | 40.31 | 20.00 | 806.20 | 1,612.40 |
| Sick Pay | | 40.31 | 15.00 | 604.65 | 6,028.95 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 794.50 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **19,109.66** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 837.07 |
| Dental Coverage | 4.07 | 40.49 |
| Vision Coverage | 3.25 | 32.27 |
| Employee AD&D | 3.54 | 35.40 |
| Child AD&D | 0.02 | 0.65 |
| Health Care FSA | 13.85 | 124.65 |
| 401k | 327.12 | 3,421.43 |
| **Total Pre-Tax Deductions** | **436.20** | **4,491.96** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 1,486.39 |
| EE Social Security Tax | 120.24 | 1,268.40 |
| EE Medicare Tax | 28.12 | 296.64 |
| **Total Taxes** | **257.99** | **3,051.43** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Child Life | 0.58 | 8.95 |
| Hospital Indemnity Plan | 5.49 | 57.90 |
| Group Accident Ins | 1.26 | 12.83 |
| Group Legal Plan | 7.34 | 66.06 |
| 401k Loan #1 | 63.69 | 573.21 |
| 401k Loan #2 | 78.81 | 709.29 |
| Union Dues - TWU | 37.21 | 333.81 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **194.38** | **1,771.18** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.27 | 17,036.63 |
| EE Social Security Tax | 1,939.39 | 20,458.06 |
| EE Medicare Tax | 1,939.39 | 20,458.06 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 859.71 |
| 401k Company Contrib. | 102.23 | 1,074.68 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 35.73 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | **********9399 | 05/01/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 05/01/2026 | 1,151.95 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

**Pay Frequency:** US Bi-Weekly
**Employee Type:** Regular
**Payment Date:** 05/15/2026
**Hours Worked:** 19.97
**Pay Period:** 04/27/2026 - 05/10/2026
**Basis of Pay:** Hourly

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 16.00 |
| Sick | 131.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,043.27 | 435.98 | 257.79 | 193.80 | 1,155.70 |
| Year to Date | 21,152.93 | 4,927.94 | 3,309.22 | 1,964.98 | 13,333.99 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 19.97 | 804.99 | 10,640.00 |
| Shift 3 | | 0.58 | 49.97 | 28.98 | 294.33 |
| Vacation Pay | | 40.31 | 30.00 | 1,209.30 | 2,821.70 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 794.50 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 6,028.95 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **99.94** | **2,043.27** | **21,152.93** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 921.42 |
| Dental Coverage | 4.07 | 44.56 |
| Vision Coverage | 3.25 | 35.52 |
| Employee AD&D | 3.54 | 38.94 |
| Health Care FSA | 13.85 | 138.50 |
| 401k | 326.92 | 3,748.35 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **435.98** | **4,927.94** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.51 | 1,595.90 |
| EE Social Security Tax | 120.17 | 1,388.57 |
| EE Medicare Tax | 28.11 | 324.75 |
| **Total Taxes** | **257.79** | **3,309.22** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 63.39 |
| Group Accident Ins | 1.26 | 14.09 |
| Group Legal Plan | 7.34 | 73.40 |
| 401k Loan #1 | 63.69 | 636.90 |
| 401k Loan #2 | 78.81 | 788.10 |
| Union Dues - TWU | 37.21 | 371.02 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **1,964.98** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,611.26 | 18,647.89 |
| EE Social Security Tax | 1,938.18 | 22,396.24 |
| EE Medicare Tax | 1,938.18 | 22,396.24 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.74 | 941.45 |
| 401k Company Contrib. | 102.16 | 1,176.84 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 39.70 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | **********9399 | 05/15/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 05/15/2026 | 1,151.72 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 05/29/2026 |
| **Hours Worked:** | 15.00 |
| **Pay Period:** | 05/11/2026 - 05/24/2026 |
| **Basis of Pay:** | Hourly |

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 14.00 |
| Sick | 111.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.18 | 257.99 | 193.80 | 1,156.53 |
| Year to Date | 23,197.43 | 5,364.12 | 3,567.21 | 2,158.78 | 14,490.52 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 15.00 | 604.65 | 11,244.65 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 323.33 |
| Vacation Pay | | 40.31 | 10.00 | 403.10 | 3,224.80 |
| Sick Pay | | 40.31 | 25.00 | 1,007.75 | 7,036.70 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 794.50 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **23,197.43** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,005.77 |
| Dental Coverage | 4.07 | 48.63 |
| Vision Coverage | 3.25 | 38.77 |
| Employee AD&D | 3.54 | 42.48 |
| Health Care FSA | 13.85 | 152.35 |
| 401k | 327.12 | 4,075.47 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **436.18** | **5,364.12** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 1,705.53 |
| EE Social Security Tax | 120.24 | 1,508.81 |
| EE Medicare Tax | 28.12 | 352.87 |
| **Total Taxes** | **257.99** | **3,567.21** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 68.88 |
| Group Accident Ins | 1.26 | 15.35 |
| Group Legal Plan | 7.34 | 80.74 |
| 401k Loan #1 | 63.69 | 700.59 |
| 401k Loan #2 | 78.81 | 866.91 |
| Union Dues - TWU | 37.21 | 408.23 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **2,158.78** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.29 | 20,260.18 |
| EE Social Security Tax | 1,939.41 | 24,335.65 |
| EE Medicare Tax | 1,939.41 | 24,335.65 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 1,023.23 |
| 401k Company Contrib. | 102.23 | 1,279.07 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 43.67 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 05/29/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 05/29/2026 | 1,152.55 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 06/12/2026 |
| **Hours Worked:** | 0.00 |
| **Pay Period:** | 05/25/2026 - 06/07/2026 |
| **Basis of Pay:** | Hourly |

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 14.00 |
| Sick | 61.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.18 | 257.99 | 193.80 | 1,156.53 |
| Year to Date | 25,241.93 | 5,800.30 | 3,825.20 | 2,352.58 | 15,647.05 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Shift 3 | | 0.58 | 50.00 | 29.00 | 352.33 |
| Holiday Premium | | 40.31 | 5.00 | 201.55 | 996.05 |
| Sick Pay | | 40.31 | 45.00 | 1,813.95 | 8,850.65 |
| Regular Pay | | 0.00 | 0.00 | 0.00 | 11,244.65 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 3,224.80 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **25,241.93** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,090.12 |
| Dental Coverage | 4.07 | 52.70 |
| Vision Coverage | 3.25 | 42.02 |
| Employee AD&D | 3.54 | 46.02 |
| Health Care FSA | 13.85 | 166.20 |
| 401k | 327.12 | 4,402.59 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **436.18** | **5,800.30** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 1,815.16 |
| EE Social Security Tax | 120.24 | 1,629.05 |
| EE Medicare Tax | 28.12 | 380.99 |
| **Total Taxes** | **257.99** | **3,825.20** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 74.37 |
| Group Accident Ins | 1.26 | 16.61 |
| Group Legal Plan | 7.34 | 88.08 |
| 401k Loan #1 | 63.69 | 764.28 |
| 401k Loan #2 | 78.81 | 945.72 |
| Union Dues - TWU | 37.21 | 445.44 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **2,352.58** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.29 | 21,872.47 |
| EE Social Security Tax | 1,939.41 | 26,275.06 |
| EE Medicare Tax | 1,939.41 | 26,275.06 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 1,105.01 |
| 401k Company Contrib. | 102.23 | 1,381.30 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 47.64 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 06/12/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 06/12/2026 | 1,152.55 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| Pay Frequency: | US Bi-Weekly |
| Employee Type: | Regular |
| Payment Date: | 06/26/2026 |
| Hours Worked: | 35.00 |
| Pay Period: | 06/08/2026 - 06/21/2026 |
| Basis of Pay: | Hourly |

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 14.00 |
| Sick | 56.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.18 | 258.00 | 193.80 | 1,156.52 |
| Year to Date | 27,286.43 | 6,236.48 | 4,083.20 | 2,546.38 | 16,803.57 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 35.00 | 1,410.85 | 12,655.50 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 381.33 |
| Sick Pay | | 40.31 | 15.00 | 604.65 | 9,455.30 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 996.05 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 3,224.80 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **27,286.43** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,174.47 |
| Dental Coverage | 4.07 | 56.77 |
| Vision Coverage | 3.25 | 45.27 |
| Employee AD&D | 3.54 | 49.56 |
| Health Care FSA | 13.85 | 180.05 |
| 401k | 327.12 | 4,729.71 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **436.18** | **6,236.48** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 1,924.79 |
| EE Social Security Tax | 120.25 | 1,749.30 |
| EE Medicare Tax | 28.12 | 409.11 |
| **Total Taxes** | **258.00** | **4,083.20** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 79.86 |
| Group Accident Ins | 1.26 | 17.87 |
| Group Legal Plan | 7.34 | 95.42 |
| 401k Loan #1 | 63.69 | 827.97 |
| 401k Loan #2 | 78.81 | 1,024.53 |
| Union Dues - TWU | 37.21 | 482.65 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **2,546.38** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.29 | 23,484.76 |
| EE Social Security Tax | 1,939.41 | 28,214.47 |
| EE Medicare Tax | 1,939.41 | 28,214.47 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 1,186.79 |
| 401k Company Contrib. | 102.23 | 1,483.53 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 51.61 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 06/26/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******0562 | 06/26/2026 | 1,152.54 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 07/10/2026 |
| **Hours Worked:** | 39.75 |
| **Pay Period:** | 06/22/2026 - 07/05/2026 |
| **Basis of Pay:** | Hourly |

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 11.00 |
| Sick | 56.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,034.28 | 434.54 | 256.18 | 193.80 | 1,149.76 |
| Year to Date | 29,320.71 | 6,671.02 | 4,339.38 | 2,740.18 | 17,953.33 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 39.75 | 1,602.32 | 14,257.82 |
| Shift 3 | | 0.58 | 49.75 | 28.86 | 410.19 |
| Vacation Pay | | 40.31 | 10.00 | 403.10 | 3,627.90 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 996.05 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 9,455.30 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **99.50** | **2,034.28** | **29,320.71** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,258.82 |
| Dental Coverage | 4.07 | 60.84 |
| Vision Coverage | 3.25 | 48.52 |
| Employee AD&D | 3.54 | 53.10 |
| Health Care FSA | 13.85 | 193.90 |
| 401k | 325.48 | 5,055.19 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **434.54** | **6,671.02** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 108.60 | 2,033.39 |
| EE Social Security Tax | 119.61 | 1,868.91 |
| EE Medicare Tax | 27.97 | 437.08 |
| **Total Taxes** | **256.18** | **4,339.38** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 85.35 |
| Group Accident Ins | 1.26 | 19.13 |
| Group Legal Plan | 7.34 | 102.76 |
| 401k Loan #1 | 63.69 | 891.66 |
| 401k Loan #2 | 78.81 | 1,103.34 |
| Union Dues - TWU | 37.21 | 519.86 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **2,740.18** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,603.71 | 25,088.47 |
| EE Social Security Tax | 1,929.19 | 30,143.66 |
| EE Medicare Tax | 1,929.19 | 30,143.66 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.37 | 1,268.16 |
| 401k Company Contrib. | 101.71 | 1,585.24 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 55.58 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 07/10/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******3875 | 07/10/2026 | 1,145.78 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

**Pay Frequency:** US Bi-Weekly
**Employee Type:** Regular
**Payment Date:** 07/24/2026
**Hours Worked:** 35.00
**Pay Period:** 07/06/2026 - 07/19/2026
**Basis of Pay:** Hourly

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 9.00 |
| Sick | 61.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,248.95 | 468.89 | 294.25 | 193.80 | 1,292.01 |
| Year to Date | 31,569.66 | 7,139.91 | 4,633.63 | 2,933.98 | 19,245.34 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Shift 3 | 07/05/2026 | 0.58 | 5.00 | 2.90 | 0.00 |
| Holiday Premium | 07/05/2026 | 40.31 | 5.00 | 201.55 | 0.00 |
| Regular Pay | | 40.31 | 35.00 | 1,410.85 | 15,668.67 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 442.09 |
| Vacation Pay | | 40.31 | 15.00 | 604.65 | 4,232.55 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 100.78 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,197.60 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 9,455.30 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **110.00** | **2,248.95** | **31,569.66** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,343.17 |
| Dental Coverage | 4.07 | 64.91 |
| Vision Coverage | 3.25 | 51.77 |
| Employee AD&D | 3.54 | 56.64 |
| Health Care FSA | 13.85 | 207.75 |
| 401k | 359.83 | 5,415.02 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **468.89** | **7,139.91** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 130.24 | 2,163.63 |
| EE Social Security Tax | 132.92 | 2,001.83 |
| EE Medicare Tax | 31.09 | 468.17 |
| **Total Taxes** | **294.25** | **4,633.63** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 90.84 |
| Group Accident Ins | 1.26 | 20.39 |
| Group Legal Plan | 7.34 | 110.10 |
| 401k Loan #1 | 63.69 | 955.35 |
| 401k Loan #2 | 78.81 | 1,182.15 |
| Union Dues - TWU | 37.21 | 557.07 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **2,933.98** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,784.03 | 26,872.50 |
| EE Social Security Tax | 2,143.86 | 32,287.52 |
| EE Medicare Tax | 2,143.86 | 32,287.52 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 89.95 | 1,358.11 |
| 401k Company Contrib. | 112.45 | 1,697.69 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 59.55 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 07/24/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******3875 | 07/24/2026 | 1,288.03 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 08/07/2026 |
| **Hours Worked:** | 50.00 |
| **Pay Period:** | 07/20/2026 - 08/02/2026 |
| **Basis of Pay:** | Hourly |

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 9.00 |
| Sick | 61.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.18 | 257.99 | 193.80 | 1,156.53 |
| Year to Date | 33,614.16 | 7,576.09 | 4,891.62 | 3,127.78 | 20,401.87 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 46.00 | 1,854.26 | 17,522.93 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 471.09 |
| Training Pay | | 40.31 | 4.00 | 161.24 | 262.02 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,197.60 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 4,232.55 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 9,455.30 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **33,614.16** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,427.52 |
| Dental Coverage | 4.07 | 68.98 |
| Vision Coverage | 3.25 | 55.02 |
| Employee AD&D | 3.54 | 60.18 |
| Health Care FSA | 13.85 | 221.60 |
| 401k | 327.12 | 5,742.14 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **436.18** | **7,576.09** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 2,273.26 |
| EE Social Security Tax | 120.24 | 2,122.07 |
| EE Medicare Tax | 28.12 | 496.29 |
| **Total Taxes** | **257.99** | **4,891.62** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 96.33 |
| Group Accident Ins | 1.26 | 21.65 |
| Group Legal Plan | 7.34 | 117.44 |
| 401k Loan #1 | 63.69 | 1,019.04 |
| 401k Loan #2 | 78.81 | 1,260.96 |
| Union Dues - TWU | 37.21 | 594.28 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **3,127.78** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.29 | 28,484.79 |
| EE Social Security Tax | 1,939.41 | 34,226.93 |
| EE Medicare Tax | 1,939.41 | 34,226.93 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 1,439.89 |
| 401k Company Contrib. | 102.23 | 1,799.92 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 63.52 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 08/07/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******3875 | 08/07/2026 | 1,152.55 | USD |

American Airlines

# Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Mr Charles Smith (589939)**
1529 Sierra Estate Trail
Fort Worth TX 76119

| | |
|---|---|
| Pay Frequency: | US Bi-Weekly |
| Employee Type: | Regular |
| Payment Date: | 08/21/2026 |
| Hours Worked: | 50.00 |
| Pay Period: | 08/03/2026 - 08/16/2026 |
| Basis of Pay: | Hourly |

**Location:** DFW International Airport
**Company FEIN:** 13-1502798

| Status/Allowance/Percent. | | |
|---|---|---|
| FED | Single | 0 |

| Available | |
|---|---|
| Vacation | 9.00 |
| Sick | 66.90 |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,044.50 | 436.18 | 257.99 | 193.80 | 1,156.53 |
| Year to Date | 35,658.66 | 8,012.27 | 5,149.61 | 3,321.58 | 21,558.40 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 40.31 | 48.00 | 1,934.88 | 19,457.81 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 500.09 |
| Training Pay | | 40.31 | 2.00 | 80.62 | 342.64 |
| Shift 3 - OT | | 0.00 | 0.00 | 0.00 | 4.35 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 1,197.60 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 302.33 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 4,232.55 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 9,455.30 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 165.99 |
| **Total Earnings** | | | **100.00** | **2,044.50** | **35,658.66** |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 84.35 | 1,511.87 |
| Dental Coverage | 4.07 | 73.05 |
| Vision Coverage | 3.25 | 58.27 |
| Employee AD&D | 3.54 | 63.72 |
| Health Care FSA | 13.85 | 235.45 |
| 401k | 327.12 | 6,069.26 |
| Child AD&D | 0.00 | 0.65 |
| **Total Pre-Tax Deductions** | **436.18** | **8,012.27** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 109.63 | 2,382.89 |
| EE Social Security Tax | 120.24 | 2,242.31 |
| EE Medicare Tax | 28.12 | 524.41 |
| **Total Taxes** | **257.99** | **5,149.61** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Hospital Indemnity Plan | 5.49 | 101.82 |
| Group Accident Ins | 1.26 | 22.91 |
| Group Legal Plan | 7.34 | 124.78 |
| 401k Loan #1 | 63.69 | 1,082.73 |
| 401k Loan #2 | 78.81 | 1,339.77 |
| Union Dues - TWU | 37.21 | 631.49 |
| Child Life | 0.00 | 8.95 |
| Roth 401k | 0.00 | 9.13 |
| **Total After-Tax Deductions** | **193.80** | **3,321.58** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 1,612.29 | 30,097.08 |
| EE Social Security Tax | 1,939.41 | 36,166.34 |
| EE Medicare Tax | 1,939.41 | 36,166.34 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 81.78 | 1,521.67 |
| 401k Company Contrib. | 102.23 | 1,902.15 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | 3.97 | 67.49 |

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | THE BANCORP.COM | *********9399 | 08/21/2026 | 3.98 | USD |
| Checking Account | CAPITAL ONE N.A. | *******3875 | 08/21/2026 | 1,152.55 | USD |